IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:21-CR-00029-001 (CAR) |
| **NICHOLAS LATTIMORE** | |

### ORDER

On September 20, 2023, the above-named defendant was sentenced to 57 months imprisonment and 3 years of supervised release for the offense of Possession with Intent to Distribute Methamphetamine. The defendant commenced his term of supervised release on August 14, 2024.

On September 16, 2025, Lattimore filed a Pro Se Motion for Early Termination of Supervised Release. In considering the motion, the Court has carefully examined the factors enumerated at 18 U.S.C. § 3583 and has made an individualized assessment. The Court has considered the nature and circumstances of the offense; the history and characteristics of the defendant; and the need to provide continued monitoring to deter criminal conduct. The Court recognizes Lattimore's progressive strides towards supervision objectives. The Court also recognizes the defendant committed the instant offense while on supervision for a prior federal drug conviction. Additionally, the Court has considered that Lattimore has only completed a third of his term of supervision.

Accordingly, the motion for early termination of supervised release is DENIED.

SO ORDERED this **3** day of **December**, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: KMH